UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| KATHY BROOKS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CAUSE NO. 1:11-cv-01253-SEB-DKL |
| ) | |
| BATESVILLE CASKET COMPANY, ) | |
| INC., ) | |
| ) | |
| Defendant. ) | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff Kathy Brooks and Batesville Casket Company, Inc., by counsel, hereby stipulate and agree to the dismissal, with prejudice, of the above-captioned cause of action in its entirety, including counterclaims, with each party to bear its own costs and fees.

Respectfully submitted,

s/John R. Maley
John R. Maley
James F. Ehrenberg
**BARNES & THORNBURG LLP**
11 South Meridian Street
Indianapolis, Indiana  46204
Telephone:  (317) 231-7464
Facsimile:  (317) 231-7433
Email:  jmaley@btlaw.com
jehrenberg@btlaw.com

*Attorneys for Defendant,*
*Batesville Casket Company, Inc.*

*s/Stephen J. Fitzgerald*
Stephen J. Fitzgerald
GARRISON, LEVIN-EPSTEIN,
CHIMES, RICHARDSON &
FITZGERALD, P.C.
405 Orange Street
New Haven, Connecticut  06511
Telephone:   (203) 777-4425
Facsimile:   (203) 776-3965
Email:     sfitzgerald@garrisonlaw.com

*Attorneys for Plaintiff, Kathy Brooks*